| | |
|---|---|
| 1  L.J. LOHEIT, TRUSTEE | |
| 2  P O BOX 1858 | |
| 3  SACRAMENTO, CA 95812 | 09 MAY -5 PM 2:28 |
| 4  (916) 856-8000 | |



FILED

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                      ) Case No.: No. 05-27026-D-13L
                                            )
CURO, GREGORY ALAN                          ) UNCLAIMED FUNDS
                                            )
                Debtor(s)                   )
_____)

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #519503 in the sum of $1,335.00 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Debtor Refund | | $1,335.00 |

TOTAL CHECK $1,335.00

Dated this 24th day of April, 2009.                   BY _____
                                                         TRUSTEE